IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DENNIS F. SU'ESU'E,                           No. CV. 10-606-AC

           Petitioner,                      ORDER

    v.

JEFFREY THOMAS,

           Respondent.

Dennis F. Su'esu'e
15381-006
FCI-Sheridan
P.O. Box 5000
Sheridan, OR 97378

        Petitioner, Pro se

Dwight C. Holton
United States Attorney
Robert D. Nesler
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902

1 - ORDER

Attorneys for Respondent

HERNANDEZ, District Judge:

Magistrate Judge John V. Acosta issued a Findings and Recommendation (doc. #18) on June 21, 2011, in which he recommends that petitioner's Petition for Writ of Habeas Corpus (doc. #1) be dismissed with prejudice. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The court ADOPTS the Magistrate Judge's Findings and Recommendation (doc. #18). Accordingly, petitioner's Petition for Writ of Habeas Corpus (doc. #1) is dismissed with prejudice.

IT IS SO ORDERED.

DATED this  12th  day of July, 2011.

/s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER